SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08–0235 PA (JTLx) | Date | January 28, 2008 |
|---|---|---|---|
| Title | John Rivera, et al. v. County of Los Angeles, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| C. Kevin Reddick | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

The Court has reviewed Plaintiffs' Complaint. Plaintiffs allege, inter alia, causes of action under 42 U.S.C. § 1983, including violations of Plaintiffs' Fourth and Fourteenth Amendment rights. However, Plaintiffs note in their Complaint that they were convicted of resisting arrest pursuant to California Penal Code § 148(a)1. (Compl. ¶¶ 76–78.) Absent an appeal overturning these convictions, it appears that this case may be barred under the doctrine articulated in Heck v. Humphrey, 512 U.S. 477 (1994).

Accordingly, the Court, on its own motion, orders Plaintiffs to show cause in writing why this case should not be dismissed without prejudice under the Heck doctrine. Plaintiffs' response to this Order to Show Cause, not to exceed ten (10) pages, shall be filed and served no later than February 11, 2008. Defendants brief in response to Plaintiffs' filing, if any, also not to exceed ten (10) pages, shall be filed and served by February 19, 2008.

IT IS SO ORDERED.