JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., by and through Guardian Ad Litem ISABEL FLORES, | No. CV 08–0235 PA (JTLx) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

The Court, having been notified by counsel that this matter has settled:

IT IS ORDERED that this action is hereby dismissed without prejudice.  The case may be reopened on application of any party no later than June 29, 2009 if the settlement is not consummated.  The Court retains full jurisdiction over this action until June 29, 2009.

DATED:  April 3, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE